CALIFORNIA FRUIT EXCHANGE, Appellant, v. Morris HENRY and Anthony Spracale, Partners, t/a Spracale Fruit Company.

No. 10189.

United States Court of Appeals Third Circuit.

Argued Oct. 6, 1950.

Decided Oct. 17, 1950.

Harvey A. Miller, Pittsburgh, Pa. (Harvey A. Miller, Jr., and Miller & Miller, all of Pittsburgh, Pa., on the brief), for appellant.

George S. Goldstein, Pittsburgh, Pa. (Michael E. Catanzaro, Pittsburgh, Pa., on the brief), for appellees.

Before ALBERT LEE STEPHENS, MARIS and STALEY, Circuit Judges.

PER CURIAM.

The plaintiff has appealed from the judgment of the district court, 89 F.Supp. 580, upon an appeal by the defendants from a reparation order of the Secretary of Agriculture under the Perishable Agricultural Commodities Act, 1930, 7 U.S.C.A. § 499a et seq. The Secretary of Agriculture had made a reparation award of $2,119.40 with interest representing the plaintiff's damages resulting from the rejection by the defendants of two cars of grapes which they had purchased from the plaintiff. In the appeal proceeding in the district court the plaintiff sought a verdict for the amount of the reparation award, while the defendants sought a verdict for $1,125.50 with interest upon a counterclaim for loss of profits which they suffered because of the defective quality of the grapes. The jury rendered a verdict for $1.00 in favor of the plaintiff upon which judgment was entered.

Upon the present appeal the plaintiff urges that the district court erred in refusing to set aside the verdict for $1.00 and to enter in lieu of it judgment for the full amount of the reparation award which had been made by the Secretary of Agriculture. It also urges that the court erred in its charge to the jury and in its action upon certain of the defendants' points for charge. We have carefully examined the record in the light of these contentions by the plaintiff but find no reversible error. Accordingly the judgment of the district court will be affirmed.

Harry Edison HACKWORTH v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia.

No. 13293.

United States Court of Appeals Fifth Circuit.

Oct. 16, 1950.

Harry Edison Hackworth, in pro. per.

J. Ellis Mundy, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and RUSSELL, Circuit Judges.

PER CURIAM.

Notwithstanding appellant, in previous proceedings, including one under Sec. 2255, Title 28 U.S.C.A. and several by habeas corpus, had made, and had had decided against him on full hearing, the same contentions, his petition for habeas corpus was entertained and a full hearing was granted him below. This appeal is from the judgment upon that hearing, which, in accordance with the judgments in the previous proceedings, rejected appellant's claims as unfounded and denied the relief he sought.

It is quite plain that the judgment must be affirmed. It is quite plain, too, that the abuse of process evidenced by these successive filings must have an end.

The judgment is

Affirmed.